IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOSEPH MAHONEY                                                                 PLAINTIFF

VS.                                         CIVIL NO. 04-3079

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL SECURITY ADMINISTRATION            DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 26th day of January 2006.

                                                      /s/ Beverly Stites Jones
                                                      HON. BEVERLY STITES JONES
                                                      UNITED STATES MAGISTRATE JUDGE